August 2, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

JOHN R. MCNATT, INC., Appellant

NO. 14-11-00649-CV                    V.

J.D. HOPKINS GROUP LLC, Appellee

_____

      This cause, an appeal from the judgment in favor of appellee, J.D. Hopkins Group LLC, signed, April 28, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We also **GRANT** John R. McNatt's motion to dismiss the appeal of McNatt Contracting, Inc.

      We order appellant, John R. McNatt, to pay all costs incurred in this appeal.

      We further order this decision certified below for observance.